IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DeSean Ingram, | Case No. 1:23CV1271 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| U.S. Government, et al., | |
| Defendants. | MEMORANDUM OPINION & ORDER |

On February 12, 2026, *pro se* Plaintiff DeSean Ingram filed a Motion "requesting to be able to pick my original USB, Discovery up, from the Clerk's Office." (Doc. No. 7.) For the following reasons, Plaintiff's Motion is granted, as set forth below.

As background, Plaintiff filed a *pro se* Complaint in this Court against numerous defendants on June 27, 2023. (Doc. No. 1.) On that same date, he also filed "various documents in support" which were docketed at Doc. No. 1-2. These documents were later restricted by the Clerk's Office because they contained personal identifiers. On October 13, 2023, this Court issued a Memorandum Opinion & Order and Judgment Entry, dismissing the case pursuant to 28 USC § 1915(e). (Doc. Nos. 3, 4.) Several days later, Plaintiff filed a "Supplement" to his Complaint which contained a manually filed Flash Drive. (Doc. No. 5.)

Over a year later, on June 11, 2025, Plaintiff filed a one sentence Motion for Return of USB Flash Drive. (Doc. No. 6.) On June 24, 2025, this Court issued an Order granting the Motion and directing the Clerk's Office to return the USB Flash Drive to Plaintiff via regular mail at his address on E. 143rd Street in Cleveland, Ohio. The docket reflects that the Clerk's Office mailed the USB Flash Drive to Plaintiff on June 24, 2025, and that it was not returned undeliverable.

Then, on February 12, 2026, Plaintiff appeared at the Clerk's Office and requested the return of his "discovery" and USB Flash Drive.  The Clerk's Office explained that Plaintiff would have to pay copying charges in order to receive copies of the "discovery"/documents that were filed at Doc. No. 1-2.  After discussion, however, the Clerk's Office agreed to provide Plaintiff with copies of the "discovery"/documents at Doc. No. 1-2 free of charge.  Plaintiff nonetheless continued to request the return of his USB Flash Drive and "discovery."  The Clerk's Office advised Plaintiff to file a motion further explaining his request.

That same day, Plaintiff filed the instant Motion.  (Doc. No. 7.)  Therein, Plaintiff states that he is "requesting to be able to pick my original USB, discovery up, from the Clerk's Office" and he would like the Court to "verify" that he can "pick my USB up."  (*Id*.)  The Court hereby grants Plaintiff's Motion as follows.  After conducting a search, the Clerk's Office has confirmed that there are currently two (2) USB Flash Drives in the physical case file associated with this action.[1]  If Plaintiff would like to have these USB Flash Drives returned to him, Plaintiff shall do the following.  He shall come to the Clerk's Office, present the Clerk's Office with a copy of this Order, and request that the Clerk's Office return his two (2) USB Flash Drives to him.  If Plaintiff does so, the Court directs the Clerk's Office to (1) provide Plaintiff with the two (2) USB Flash Drives located in the physical case file for this action; and (2) make a notation on the docket that it has done so.

The Court reminds Plaintiff that the Clerk's Office has already kindly provided him with a copy of the "discovery"/documents located at Doc. No. 1-2.  Plaintiff is not entitled to another copy of those documents, unless he agrees to pay any necessary copying charges assessed by the Clerk's

---

[1] It is unclear, but it appears that Plaintiff mailed these USB Flash Drives to this Court in or around October 2023.  (Doc. No. 5.)

2

Office. Lastly, the Court advises Plaintiff that, aside from these two (2) USB Flash Drives and the documents located at Doc. No. 1-2, this Court does not have any other flash drives and/or "discovery" relating to the instant case.

    **IT IS SO ORDERED.**

Date: February 19, 2026

    *s/Pamela A. Barker*
    PAMELA A. BARKER
    U. S. DISTRICT JUDGE